IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mabin, Tiffany

Printed: 1/8/08

Case Number: 07 B 14316
Judge: Hollis, Pamela S
Filed: 8/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,781.28 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,631.10 |
| Trustee Fee: |  | 150.18 |
| Other Funds: |  | 0.00 |
| Totals: | 2,781.28 | 2,781.28 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & Gleason | Administrative | 3,500.00 | 2,631.10 |
| 2. | Overland Bond & Investment Corp | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 5,000.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 21.05 | 0.00 |
| 6. | Overland Bond & Investment Corp | Unsecured | 502.96 | 0.00 |
| 7. | Illinois Guaranteed Student Lo | Unsecured | 2,478.27 | 0.00 |
| 8. | Sallie Mae | Unsecured | 232.84 | 0.00 |
| 9. | Sallie Mae | Unsecured | 479.14 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 27.14 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 12. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |
| 15. | CNAC | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 18. | LVNV Funding | Unsecured |  | No Claim Filed |
| 19. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 20. | South Suburban Hospital | Unsecured |  | No Claim Filed |
| 21. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 22. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,241.40 | $ 2,631.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mabin, Tiffany | Case Number:  07 B 14316 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  8/9/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 150.18 |
| | _____ |
| | $ 150.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



_____